**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kevin Lloyd |
| Debtor 2 (Spouse, if filing) | Cheryl Lynn Lloyd |
| United States Bankruptcy Court for the: Southern | District of Indiana (State) |
| Case number | 19-08591-JJG-13 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no.** (if known): | 11-1 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX0140 | **Date of payment change:** Must be at least 21 days after date of this notice | 12/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,992.22 |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   Current escrow payment:     $ 517.05          New escrow payment :     $ 525.71

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   Current interest rate:      %          New interest rate:      %
   Current principal and interest payment:    $ _____       New principal and interest payment:    $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
       *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:     $ _____          New mortgage payment:    $ _____

| Debtor 1 | **Kevin Lloyd** | Case number *(if known)* 19-08591-JJG-13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/John D. Schlotter                                                             Date   10/23/2020
    Signature

Print:    John            D.              Schlotter              Title   Authorized Agent for Creditor
          First Name      Middle Name     Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number    Street

           Roswell              GA              30076
           City                 State           ZIP Code

Contact phone    678-281-6453                                   Email   John.Schlotter@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-08591-JJG-13 |
| Kevin Lloyd | Chapter: 13 |
| Cheryl Lynn Lloyd | Judge: Jeffrey J. Graham |

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kevin Lloyd
8259 Hampton Cir W
Indianapolis, IN 46256

Cheryl Lynn Lloyd
8259 Hampton Cir W
Indianapolis, IN 46256

Randy Eyster                                         *(served via ECF Notification)*
Tom Scott & Associates, P.C.
4036 Madison Avenue
Indianapolis, IN 46227

John Morgan Hauber, Trustee               *(served via ECF Notification)*
Office of John M. Hauber
320 N. Meridan Street, Suite 200
Indianapolis, IN 46204

U.S. Trustee                                           *(served via ECF Notification)*
Office of U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/23/2020        By:    /s/John D. Schlotter
                    (date)                          John D. Schlotter
                                                         Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Final

| | |
|---|---|
| Analysis Date: | September 30, 2020 |
| Loan: | |

KEVIN LLOYD
CHERYL L LLOYD
8259 HAMPTON CIRCLE W
INDIANAPOLIS IN  46256

Property Address:
8259 HAMPTON CIRCLE W
INDIANAPOLIS, IN  46256

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 | Prior Esc Pmt | January 01, 2020 |
|---|---|---|---|---|
| P & I Pmt: | $1,466 51 | $1,466 51 | P & I Pmt: | $1,466 51 |
| Escrow Pmt: | $0 00 | $525.71 | Escrow Pmt: | $517 05 |
| Other Funds Pmt: | $0 00 | $0 00 | Other Funds Pmt: | $0 00 |
| Asst. Pmt (-): | $0 00 | $0 00 | Asst. Pmt (-): | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 | Resrv Acct Pmt: | $0 00 |
| Total Payment: | $1,466 51 | $1,992 22 | Total Payment: | $1,983 56 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | September 01, 2019 |
| Escrow Balance: | $3,818 81 |
| Anticipated Pmts to Escrow: | $6,204.60 |
| Anticipated Pmts from Escrow (-): | $4,439 80 |
| Anticipated Escrow Balance: | $5,583.61 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $6,308.54 |
| Required Cushion | $1,051.42 |
| Required Starting Balance | $1,051.44 |
| Escrow Shortage | $0.00 |
| Surplus | $4532.17 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,051.42. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,051.42 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Dec 2019 to Nov 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,034.10 | (5,568.48) |
| Dec 2019 | 517.05 | | | | * | | 1,551.15 | (5,568.48) |
| Jan 2020 | 517.05 | | | | * | | 2,068 20 | (5,568.48) |
| Feb 2020 | 517.05 | 517.05 | | | | | 2,585 25 | (5,051.43) |
| Mar 2020 | 517.05 | 1,034.10 | | | * | | 3,102 30 | (4,017 33) |
| Apr 2020 | 517.05 | | | | * | | 3,619 35 | (4,017 33) |
| Apr 2020 | | | | 1,868.74 | * | County Tax | 3,619 35 | (5,886 07) |
| May 2020 | 517.05 | 517.05 | 1,760.80 | | * | County Tax | 2,375.60 | (5,369 02) |
| Jun 2020 | 517.05 | 1,034.10 | | | * | | 2,892.65 | (4,334 92) |
| Jul 2020 | 517.05 | | | | * | | 3,409.70 | (4,334 92) |
| Aug 2020 | 517.05 | 1,034.10 | | | * | | 3,926.75 | (3,300 82) |
| Sep 2020 | 517.05 | 517.05 | | | | | 4,443 80 | (2,783.77) |
| Oct 2020 | 517.05 | | 2,683.00 | | * | Hazard | 2,277 85 | (2,783.77) |
| Nov 2020 | 517.05 | | 1,760.80 | | * | County Tax | 1,034.10 | (2,783.77) |
| | | | | | | Anticipated Transactions | 1,034.10 | (2,783.77) |
| Oct 2020 | | P | | 2,679 00 | | Hazard | | (5,462.77) |
| Nov 2020 | | 6,204.60 P | | 1,760 80 | | County Tax | | (1,018 97) |
| | $6,204.60 | $10,858 05 | $6,204.60 | $6,308.54 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

Analysis Date: September 30, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 5,583.61 | 1,051.44 |
| Dec 2020 | 525.71 | | | 6,109 32 | 1,577.15 |
| Jan 2021 | 525.71 | | | 6,635 03 | 2,102.86 |
| Feb 2021 | 525.71 | | | 7,160.74 | 2,628.57 |
| Mar 2021 | 525.71 | | | 7,686.45 | 3,154.28 |
| Apr 2021 | 525.71 | | | 8,212.16 | 3,679.99 |
| May 2021 | 525.71 | 1,868.74 | County Tax | 6,869.13 | 2,336.96 |
| Jun 2021 | 525.71 | | | 7,394 84 | 2,862.67 |
| Jul 2021 | 525.71 | | | 7,920 55 | 3,388.38 |
| Aug 2021 | 525.71 | | | 8,446 26 | 3,914.09 |
| Sep 2021 | 525.71 | | | 8,971 97 | 4,439.80 |
| Oct 2021 | 525.71 | 2,679 00 | Hazard | 6,818.68 | 2,286.51 |
| Nov 2021 | 525.71 | 1,760 80 | County Tax | 5,583 59 | 1,051.42 |
| | $6,308.52 | $6,308.54 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 5,583.61.  Your starting
balance (escrow balance required) according to this analysis should be $1,051.44.  This means you have a surplus of 4,532.17.
This surplus must be returned to you unless it is less than $50 00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 6,308.54.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $525.71 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $0 00 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $525.71 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**